■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO ALVAREZ, Appellant. [844 NYS2d 162]—Judgment, Supreme Court, New York County (Bonnie Wittner, J.), rendered on or about January 20, 2006, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Tom, Marlow, Gonzalez and Malone, JJ.